# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BENJAMIN OSIFO, #1581906 | § |
| | § Civil Action No. 4:19-CV-559 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| COLLIN COUNTY, TEXAS, ET AL. | § |

## ORDER OF DISMISSAL

The United States Magistrate Judge previously issued a Report and Recommendation concluding that Plaintiff's complaint should be dismissed without prejudice. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 5th day of February, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE